No. 603. FARMERS BANK v. FIDELITY & DEPOSIT CO. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Cyrus Crane* for petitioner. *Mr. Maurice H. Winger* for respondent.

No. 604. PEOPLES BANK v. FIDELITY & DEPOSIT CO. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Cyrus Crane* for petitioner. *Mr. Maurice H. Winger* for respondent.

No. 605. MISSOURI STATE BANK v. FIDELITY & DEPOSIT CO. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Fred A. Boxley* for petitioner. *Mr. Maurice H. Winger* for respondent.

No. 662. GOLDSMITH v. ADERHOLT, WARDEN. January 26, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed *in forma pauperis*, denied. *Mr. H. Ely Goldsmith, pro se.* No appearance for respondent.

No. 586. BERNEY v. UNITED STATES; and

No. 587. BLOOM v. SAME. January 26, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Mahlon D. Kiefer, A. E. Gottschall,* and *W. Marvin Smith* for the United States. Reported below: 45 F. (2d) 145.